# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 18, 2017

Stephen J. Markman,
Chief Justice

156183

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

*In re* GUY, Minors.

SC: 156183
COA: 336421
Calhoun CC Family Division:
2016-052801-NA

_____/

On order of the Court, the application for leave to appeal the June 29, 2017 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 18, 2017



Clerk

t0815